# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America <br> v. <br> Dana Hodge | ) <br> ) <br> ) Case No: CR 98-208-HA-10 <br> ) USM No: 63178-065 <br> ) |
| Date of Original Judgment: 11/21/2001 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Susan Russell <br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168   months **is reduced to**   135 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/21/2001   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   11-2-11                              /s/ Ancer L. Haggerty
                                                       *Judge's Signature*

Effective Date:                                  Sr. United States District Judge Ancer Haggerty
*(if different from order date)*                     *Printed name and title*